UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:07cv00516

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,

        Plaintiff,

v.

FIRST CARE MEDICAL CLINIC, INC. and
BENEDICT OKWARA,

        Defendants.

## ORDER SUBSTITUTING REAL PARTY IN INTEREST

THIS MATTER has come before this Court on the Consent Motion to Substitute Real Party in Interest and Amend Pleadings. FOR GOOD CAUSE SHOWN, said Motion is hereby GRANTED, and it is hereby ORDERED, ADJUDGED AND DECREED that Merrill Lynch Commercial Finance Corporation is substituted as the named plaintiff in this action and that the pleadings filed in this action are amended in accordance with such substitution.

**SO ORDERED**.

Signed: March 3, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge